RECEIVED
SEP 0 5 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-229 (LMP/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff, | 18 U.S.C. § 2252(a)(2) |
| | 18 U.S.C. § 2252(b)(1) |
| v. | 18 U.S.C. § 2253 |
| ANTHONY JOHN CROWLEY, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
### (Distribution of Child Pornography)

On or about August 21, 2022, in the State and District of Minnesota, the defendant,

**ANTHONY JOHN CROWLEY,**

did knowingly distribute one or more visual depictions using any means and facility of interstate and foreign commerce and that had been mailed, shipped, and transported in or affecting interstate and foreign commerce, including by cellular telephone or computer, where the production of such depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct, including but not limited to, a file with the title "f71b07bf-4d17-4b4f-9a12-0cb99fcab0e2.jpeg," that depicts an image of a minor victim engaged in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

SCANNED
SEP 0 5 2025
U.S. DISTRICT COURT MPLS

United States v. Anthony John Crowley

## FORFEITURE ALLEGATIONS

As the result of the offense alleged in Count 1 of this Information, the defendant,

**ANTHONY JOHN CROWLEY,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

1. Any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

The Property subject to forfeiture includes, but is not limited to, the following:

1. 1 TB Samsung SSD hard drive with serial number S2WCNPOJ102438N;
2. Western Digital My Passport external hard drive with serial number WDBYNN0010BBK-08;
3. Acer Predator 17 laptop computer with serial number NHQ17 AA0016405BAE7200;
4. Dell laptop computer with serial number 8WFBQS1;
5. Black computer tower with serial number 1004318;
6. Galaxy 9 Plus cell phone with IMEI number 356420092952449; and
7. 64GB MicroSD SIM card.

<u>United States v. Anthony John Crowley</u>

If any of the above property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).


Dated: September 5, 2025               BY: JOSEPH H. THOMPSON
                                       Acting United States Attorney

                                       /s/ Rebecca E. Kline

                                       BY: REBECCA E. KLINE
                                       Assistant United States Attorney