# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT & CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | Case No:  0:25-cr-00229-LMP-JFD |
| | Date:  9/26/2025 |
| v. | Court Reporter: Lynne Krenz |
| | Courthouse:  St. Paul |
| ANTHONY JOHN CROWLEY, | Courtroom:  3A |
| | Time Commenced:  10:06 AM |
| Defendant. | Time Concluded:  10:51 AM |
| | Time in Court:  45 minutes |

Before Laura M. Provinzino, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
  For Plaintiff: Rebecca Kline, Assistant United States Attorney
  For Defendant: Hillary Parsons, Retained

PROCEEDINGS:

  x **ARRAIGNMENT:**
    x Reading of Information Waived
  x **WAIVER OF INDICTMENT**
  x **CHANGE OF PLEA:**
    x Guilty as to Count 1 of Felony Information.
  x Presentence Investigation and Report requested.
  x Defendant remanded to the custody of the U.S. Marshal.
  x Sentencing will be set with the parties after Presentence Investigation and Report is received.

                                                                    s/T. Campbell
                                                                    Courtroom Deputy