Waiver of Indictment                                                                                    Cr. Form No. 18

United States District Court

FOR THE

<u>DISTRICT OF MINNESOTA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY JOHN CROWLEY, ) <br> ) <br> Defendant. ) | Crim. No.  25-229 (LMP/JFD) |

Anthony John Crowley, the above-named defendant, who is accused of distribution of child pornography in violation of Title 18, United States Code, Section 2252, being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: September 26, 2025

_____
Anthony John Crowley, Defendant

_____
Rebecca E. Kline, Witness

_____
Hillary Parsons, Esq.
Attorney for Defendant