# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES – CRIMINAL** |
| Plaintiff, | BEFORE: Laura M. Provinzino |
| | U.S. District Judge |
| v. | |
| ANTHONY JOHN CROWLEY, | Case No: 25-cr-229 LMP/JFD |
| | Date: January 29, 2026 |
| | Court Reporter: Lynne Krenz |
| | Courthouse: St. Paul |
| | Courtroom: 3A |
| Defendant. | Time Commenced: 9:36 a.m. |
| | Time Concluded: 10:22 a.m. |
| | Time in Court: 46 minutes |

**APPEARANCES:**
Plaintiff:     Rebecca Kline, Assistant United States Attorney
Defendant:  Hillary Parsons, Retained

**PROCEEDINGS:**
☒ Sentencing.

**IT IS ORDERED:**
Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1s | X | | 71 months | | 10 years | | |

☒ Counts 1 and 2 of the Indictment are dismissed on the motion of the United States.

☒ ECF Nos. 44, 45, and 50 to remain under seal until 1/29/2036.

☒ Special conditions: See Judgment for special conditions.

☒ Special assessment in the amount of $100.00 to be paid immediately.

☒ AVAA special assessment in the amount of $10,000.00.

s/ T. Campbell
Courtroom Deputy
